## AFFIDAVIT

I, Ty Hiedeman, being first duly sworn, do hereby depose and say:

1.      I am a Deputy with the United States Marshals Service (USMS), United States Department of Justice, currently assigned to the U.S. Marshal's Office in Fargo, North Dakota. I have been employed with the U.S. Marshals Service since 2024.

2.      My regular duties as a Deputy U.S. Marshal encompass, among other tasks, the investigation of all violations of federal law and related criminal activities, including but not limited to, offenses contained within Title 18 of the United States Code.  I additionally assist with the movement of prisoners; serve court-ordered summons and arrest warrants; and frequently investigate and apprehend federal fugitives. The following information is based on my own observations, training, experience, and investigation, together with information provided to me by other sources.

3.      This affidavit is made in support of a complaint charging David James COOK with the offense of Escape in violation of Title 18, United States Code, Section 751(a), and is based upon information transmitted to me by personnel from the Federal Bureau of Prisons (FBOP), and Centre, Inc., in Fargo, North Dakota.

4.      Your affiant has learned from the United States Bureau of Prisons, Residential Reentry Manager Steven Lauritsen that a prisoner had escaped from his FBOP placement at Centre Inc in Fargo North Dakota. The escaped prisoner was identified as David James COOK (USMS/BOP # 10243-041).

5.      Centre Inc in Fargo, North Dakota is a Residential Reentry Center under contract with the Federal Bureau of Prisons.  The FBOP contracts with residential reentry

centers (RRCs), also known as halfway houses, to provide assistance to inmates who are nearing release.

6.      On January 31, 2012, David James COOK was sentenced by United States District Judge Joan N. Erickson for a fixed period of probation of 3 years (Docket No. 0864 0:11CR00229-001). On March 6, 2012, Honorable Judge Donovan W. Frank sentenced COOK to a fixed period of 3 years of probation (Docket No. 0864 0:11CR00232-001). By virtue of David James COOK's judgment of conviction for Conspiracy to Possess with Intent to Distribute Oxycodone, and for Assault Resulting in Serious Bodily Injury respectively. On February 21, 2024, case 0:11CR00232-001 was reassigned to District Judge Joan N. Erickson. On November 7, 2024, David James COOK's supervised release was revoked on both cases, and a custody sentence (65 days) was ordered along with supervised release until August 4, 2026. On July 21, 2025, David James COOK's supervised release was again revoked on both cases. It was this federal sentence that David James COOK was serving when placed at Centre Inc. Residential Reentry Center by FBOP on April 22, 2026. Prior to his escape, David James COOK was projected to be released from FBOP/RRC custody on or about May 21, 2026.

7.      On May 4, 2026, your affiant received the following information contained in the Notice of Escaped Federal Prisoner Report regarding David James COOK:

Inmate David James Cook #10243-041 is a 47-year-old Native American male from Minnesota. He was sentenced in the District of Minnesota for a supervised release violation to a concurrent 11-month sentence. His original offense was Conspiracy to Possess with Intent to Distribute Oxycodone and Assault Resulting in Serious Bodily

Injury. He has no supervision to follow. He was transferred from MCR in Kentucky to the RRC in Fargo on 04-22-2026. He had a projected release date of 05-21-2026 via Full Term Release. On 05-01-2026 at 2:26 am, Cook departed the RRC on a Family Ties Furlough to 1006 30th Ave N, Minneapolis, Minnesota. He was required to return to the facility at 9:00 pm that same day. Cook failed to return at 9:00 pm, and escape procedures were initiated. The RRC staff were unable to contact or locate Cook. Therefore, on 05-01-2026 at 9:00 pm, Cook was placed on Escape status. The USMS was notified on 05-01-2026 at 10:30 pm. VNS notifications were generated.

8.     Based upon the foregoing, I believe that probable cause exists for the issuance of a Criminal Complaint and an arrest warrant for David James COOK, for Escape, in violation of Title 18, United States Code, Section 751(a).

Ty Hiedeman
Deputy U.S. Marshal

SUBSCRIBED AND SWORN to before me this ___6___ day of ___May___, 2026.

CLARE HOCHHALTER
United States Magistrate Judge